UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ISSEK FUCHS and TODD AUGENBAUM, :
Individually and on Behalf of All Others :
Similarly Situated, :
                                                : 14 CV 9642 (LGS) (KNF)
        Plaintiffs, :
                  v. :  **ECF Case**
                                               :
SEADRILL LIMITED, JOHN FREDRIKSEN, : **Electronically Filed**
PER WULF AND RUNE MAGNUS :
LUNDETRÆ, : **DEFENDANT SEADRILL**
                                               : **LIMITED'S RULE 7.1(a)**
       Defendants. : **STATEMENT**
------------------------------------------------------------x

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Seadrill Limited, a non-governmental foreign corporate party, hereby certifies that Seadrill Limited is a publicly held company, does not have any parent corporations and no publicly held company has an ownership interest of ten percent or more in Seadrill Limited.

       No defense, argument, or position of Seadrill Limited on any issue, including the right to challenge personal jurisdiction, is prejudiced, waived or otherwise affected by the submission of this Disclosure Statement.

Dated: New York, New York
January 12, 2015

/s/ Jay B. Kasner
---

Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
Matthew S. Barkan (matthew.barkan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

*Attorneys for Defendant Seadrill Limited*

2