USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ISSEK FUCHS, ET AL.,                                        :
                              Plaintiffs,                   :
                                                            :   14 Civ. 9642 (LGS)
              -against-                                     :
                                                            :
SEADRILL LIMITED, ET AL.,                                   :
                              Defendants,                   :
                                                            :
------------------------------------------------------------X
                                                            :
RON HERON,                                                  :
                              Plaintiff,                    :
                                                            :   15 Civ. 429 (LGS)
              -against-                                     :
                                                            :
SEADRILL LIMITED, ET AL.,                                   :
                                                            :
                              Defendants,                   :
                                                            :
------------------------------------------------------------X
                                                            :
SHELDON GLOW,                                               :
                              Plaintiff,                    :
                                                            :   15 Civ. 1770 (LGS)
              -against-                                     :
                                                            :
SEADRILL LIMITED, ET AL.,                                   :   ORDER
                                                            :
                              Defendants,                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, a conference was held on March 24, 2015; for the reasons stated on the record at the conference,

   IT IS HEREBY ORDERED THAT:

I.     **CONSOLIDATION**

1. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the above-captioned actions are hereby consolidated for all purposes into one action captioned "In Re: Seadrill Limited Securities Litigation," under the docket number 14 Civ. 9642 (LGS).

II.    **REPUBLICATION OF NOTICE**

2. By **March 30, 2015,** Sheldon Glow shall publish a new notice that conforms to the requirements of the Private Securities Litigation Reform Act with respect to all classes of securities covered by the respective Complaints filed in each of the three actions consolidated above.

3. Any motions to serve as lead plaintiff shall be filed within 60-days from the date the notice is published. Any pending motion for lead plaintiff status may be amended during this 60-day notice period.

4. Any responses are due by **June 11, 2015**.

5. Any replies are due by **June 18, 2015**.

6. A conference will be held on **June 23, 2015**, **at 10:40 a.m.**, which will be moved up if there are no new movants.

7. Defendants' time to answer or otherwise respond to the Complaints is adjourned *sine die* pending appointment of lead plaintiff and the filing of a consolidated complaint.

III.   **MOTIONS OF UNRELATED PERSONS TO SERVE AS LEAD PLAINTIFF**

8. If a group of apparently unrelated persons or entities seeks to be lead plaintiff, they shall present evidence of how they "will be able to function cohesively and [effectively to] manage the litigation apart from their lawyers. . . ." *Phuong Ho v. NQ Mobile, Inc.*, No. 13 Civ. 7608, 2014 WL 1389636, at *4 (S.D.N.Y. Apr. 9, 2014) (quoting *Varghese v. China Shenghuo Pharm. Holdings, Inc.*, 589 F. Supp. 2d 388, 392 (S.D.N.Y. 2008)). Factors to address include

(1) the nature of any relationship among group members, and when and how those relationships arose, including the role of outside counsel, (2) the role played by the members and the group as a whole to date in the litigation, (3) plans for future cooperation in the conduct of the litigation, (4) the sophistication of group members, and (5) how outside counsel came to be retained and whether the members chose outside counsel or vice versa.  *See Varghese*, 589 F. Supp. 2d at 392.

\* \* \* \*

9. The Clerk of the Court is respectfully directed to **consolidate** the three actions actions as directed in Paragraph 1 above; **move** all of the parties and their counsel in 15 Civ. 429 and 15 Civ. 1770 counsel to 14 Civ. 9642; and **close** 15 Civ. 429 and 15 Civ. 1770.

Dated:  March 24, 2015
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**